**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
CHARLOTTE DIVISION
No. 16-cv-00622-GCM

| | | |
|---|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| LEWARO CONSTRUCTION, INC., LEWARO INTERIORS, INC., RAYMOND JACKSON ENTERPRISES, LLC, PHILLIP P. MOORE, NICOLE DOBSON MOORE, and MANDWEL D. PATTERSON | ) ) ) ) ) ) | |
| Defendants. | ) | |

THIS MATTER is before this Court upon Defendant Mandwel Patterson's Motion to Dismiss the Plaintiff Philadelphia Indemnity Insurance Company's ("Philadelphia") Complaint against Mr. Patterson for Lack of Personal Jurisdiction (the "Motion"). It appears to the Court, as evidenced by the signatures of counsel for Philadelphia and Mr. Patterson, *pro se*, that the parties have agreed that Philadelphia's Complaint against Mr. Patterson should be dismissed without prejudice. Philadelphia reserves the right to refile its Complaint against Mr. Patterson in a court of competent jurisdiction in the state of Ohio.

In accordance therewith, it is hereby ORDERED, ADJUDGED AND DECREED, as follows:

1.      That Philadelphia's Complaint against Mr. Patterson is hereby DISMISSED, **without prejudice**; and

2.      Nothing in this Order shall effect the rights, interests or deadlines applicable to the other Defendants in this action.

Signed: October 20, 2016

Graham C. Mullen
United States District Judge

APPROVED FOR ENTRY:


/s/ Jeffrey S. Price
Jeffrey S. Price    NC Bar No. 42590
MANIER & HEROD
One Nashville Place, Suite 2200
150 Fourth Avenue North
Nashville, Tennessee 37219
Phone: (615) 244-0030
Fax: (615) 242-4203
jprice@manierherod.com
Attorneys for Philadelphia Indemnity Insurance Company


/s/ Mandwel D. Patterson (with permission)
Mandwel D. Patterson
135 Weber Ave. NE
North Canton, OH 44720
(330) 244-9779
mandwel@me.com
*Pro se*