IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY | ) ) ) | |
| Philadelphia, | ) ) ) | |
| v. | ) ) | No. 16-cv-00622-GCM |
| LEWARO CONSTRUCTION, INC., LEWARO INTERIORS, INC., RAYMOND JACKSON ENTERPRISES, LLC PHILLIP P. MOORE, NICOLE DOBSON MOORE, and MANDWEL D. PATTERSON | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## DEFAULT JUDGMENT

THIS MATTER came before the Clerk upon Plaintiff Philadelphia Indemnity Insurance Company's ("Philadelphia") Motion for Default Judgment against Defendants Lewaro Construction, Inc., Lewaro Interiors, Inc., Raymond Jackson Enterprises, LLC, Phillip Moore, and Nicole Moore (collectively, the "Defendants"). It appears that the Motion for Default Judgment is well taken and should be GRANTED. Accordingly, it is hereby

ORDERED that default judgment is entered in favor of Philadelphia against Defendants, jointly and severally, in the amount of $533,645.06 pursuant to Fed. R. Civ. P. 55(b)(1), upon which execution may issue; and

ORDERED that this Judgment does not preclude Philadelphia from seeking a judgment in a separate action for additional losses, damages, expenses, costs, attorneys' fees, etc. that Philadelphia may incur in the future by reason of executing bonds on behalf of Principal in excess of this Judgment.

1233820.1

Signed: August 29, 2017

Frank G. Johns, Clerk
United States District Court

APPROVED FOR ENTRY:

/s/ Jeffrey S. Price
Jeffrey S. Price    NC Bar No. 42590
MANIER & HEROD
1201 Demonbreun Street, Suite 900
Nashville, Tennessee 37203
Phone: (615) 244-0030
Fax: (615) 242-4203
jprice@manierherod.com
Attorneys for Philadelphia Indemnity Insurance Company

# CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2017, a true and correct copy of the foregoing pleading was served by the Court's CM/ECF System on the parties who are registered to receive electronic filings in this case, and upon the following via email and U.S. Mail, postage prepaid:

Murray D. Sacks
Miller Friel, PLLC

1200 New Hampshire Ave., NW, Suite 800
Washington, DC 20036
sacksm@millerfriel.com
Counsel for Defendants

Lewaro Construction, Inc. c/o Phillip Moore
5601 Executive Center Drive, Suite 214
Charlotte, NC 28212

Lewaro Interiors, Inc. c/o Phillip Moore
5601 Executive Center Drive, Suite 215
Charlotte, NC 28212

Phillip Moore
14280 Nolen Lane
Charlotte, NC 28277

Nicole Moore
14280 Nolen Lane
Charlotte, NC 28277

Raymond Jackson Enterprises, LLC c/o Mandwel Patterson
135 Weber Ave. N.E.
North Canton, OH 44720

                                                     /s/ Jeffrey S. Price
                                                     Jeffrey S. Price